The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DANIEL LOZANO RODRIGUEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, *et al.*,<br><br>                    Defendants. | NO. 2:22-cv-01028-TL<br><br>STIPULATED MOTION & ORDER FOR DISMISSAL<br><br>[PROPOSED]<br><br>Noted on Motion Calendar:<br>October 7, 2022 |

Plaintiff brought this mandamus action seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-290B, Notice of Appeal or Motion. Dkt. 1. On October 5, 2022, Defendant USCIS denied Plaintiff Daniel Lozano Rodriguez's I-290B Motion to Reconsider. The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION & ORDER
FOR DISMISSAL
2:22-cv-01028-TL
PAGE– 1

1  DATED: October 7th, 2022

2                                                                  Respectfully submitted,

3                                                                  *s/ Alexandra Lozano*
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

*Attorney for Plaintiff*

DATED: October 7th, 2022          *s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-7970
Email: katie.fairchild@usdoj.gov

*Attorney for Defendants*

STIPULATED MOTION & ORDER
FOR DISMISSAL
2:22-cv-01028-TL
PAGE– 2

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for Dismissal is GRANTED. The case is DISMISSED without prejudice with each party to bear their own costs.

Dated this 11th day of October, 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION & ORDER
FOR DISMISSAL
2:22-cv-01028-TL
PAGE– 3